FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>    Plaintiff,  <br>      v.  <br> Darron Harris  <br>    Defendant. | CASE NO. 12-567M  <br><br> ORDER OF DETENTION  <br> [Fed. R. Crim. P. 32.1(a)(6);  <br> 18 U.S.C. § 3143 (a)] |

### I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Dist of D.C.  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____ Absconding _____

1
2   _____
3   _____
4       and/or
5   B.  (X)  The defendant has not met his/her burden of establishing by clear and
6   convincing evidence that he/she is not likely to pose a danger to the safety of
7   any other person or the community if released under 18 U.S.C. § 3142(b) or
8   (c). This finding is based on _____
9   _____Recent Arrest_____
10  _____
11  _____
12  _____
13
14  IT IS THEREFORE ORDERED that the defendant be detained pending
15  further revocation proceedings.
16
17
18  Dated:  3/7/12
19
20
21                                      _____
22                                      MICHAEL R. WILNER
                                        UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28